## Priester's Estate.

Argued May 4, 1903. Appeal, No. 119, April T., 1903, by Mercantile Trust Company, guardian of Charley Hartman, from decree of O. C. Clarion Co., May T., 1901, No. 14, overruling exceptions to auditor's report in estate of Elizabeth Priester, deceased. Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ. Reversed.

OPINION BY HENDERSON, J., October 5, 1903:

This case was heard with the appeal of the Mercantile Trust Company, guardian of Ditty Hartman, ante, p. 386, and arises out of the same clause in the testator's will.

For the reasons given in that opinion, the decree of the orphans' court is reversed and the record remitted for further proceedings in accordance with the opinion filed.

---

## Priester's Estate.

Argued May 4, 1903. Appeal, No. 118, April T., 1903, by Mercantile Trust Company, guardian of Lottie Hartman, from decree of O. C. Clarion Co., May T., 1901, No. 14, overruling exceptions to auditor's report in estate of Elizabeth Priester, deceased. Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ. Reversed.

OPINION BY HENDERSON, J., October 5, 1903:

This case was heard with the appeal of the Mercantile Trust Company, guardian of Ditty Hartman, ante, p. 386, and arises out of the same clause in the testator's will.

For the reasons given in that opinion, the decree of the orphans' court is reversed and the record remitted for further proceedings in accordance with the opinion filed.